UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. LEININGER, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-0382 KJM KJN P<br><br><br>ORDER |

　　　Plaintiff has filed a motion for extension of time to file objections to the February 13, 2015 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 50) is granted.

　　　2. Plaintiff is directed to file objections, if any, to the findings and recommendations no later than March 25, 2015. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: March 13, 2015

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/colb0382.36