UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT, | No. 2:13-cv-0382 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. LEININGER, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner who proceeds, in forma pauperis and without counsel, in this civil rights action filed pursuant to 42 U.S.C. § 1983. Presently before the court is plaintiff's motion for a temporary restraining order and a preliminary injunction. (ECF No. 58.)

    Plaintiff avers that, while he was incarcerated at California State Prison-Sacramento ("CSP-SAC"), "agents of defendant [Correctional Officer] Leininger confiscated more of plaintiff['s] legal property to prevent litigation of [this case]." (ECF No. 58 at 3.) Plaintiff seeks an order from this court that would direct the return of the legal property in question. (Id.) It appears, from inmate grievances attached as exhibits to the instant motion, that plaintiff has sought return of the allegedly-confiscated materials from authorities both at CSP-SAC, where he was formerly incarcerated, and at Salinas Valley State Prison, where he is currently incarcerated.

    In his moving papers, plaintiff fails to identify or describe (i) the specific legal property that he alleges was wrongfully confiscated, (ii) the circumstances under which the alleged

confiscation took place, (iii) the relevance of the allegedly-confiscated materials to plaintiff's case, and (iv) prison officials' response to plaintiff's grievances regarding the alleged confiscation. Absent such information, the court cannot rule on the merits of plaintiff's motion. Accordingly, the court will give plaintiff thirty days in which to provide this information to the court.

Based on the foregoing, IT IS HEREBY ORDERED that, no later than thirty days from the filing of this order, plaintiff shall file with the court a response that identifies or describes:

1. The specific legal materials that plaintiff alleges were wrongfully confiscated and not returned to his position;
2. Those circumstances of the alleged confiscation that are known to plaintiff, including the date on which the confiscation allegedly occurred, the identities of the persons that plaintiff believes are responsible for the alleged confiscation, and plaintiff's whereabouts during the alleged confiscation;
3. The relevance of the allegedly-confiscated materials to plaintiff's case; and
4. Prison officials' response to plaintiff's grievances regarding the alleged confiscation.

Once plaintiff has filed his response to this order, the court will proceed to address the merits of plaintiff's motion for a temporary restraining order and for a preliminary injunction. Plaintiff is cautioned that his failure to respond to this order in sufficient detail will likely result in denial of his motion.

Dated: October 1, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/colb0382.tro.advise