UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>D. LEININGER, et al.,<br><br>        Defendants. | No. 2:13-cv-0382 KJM KJN P<br><br>ORDER SETTING FURTHER SETTLEMENT CONFERENCE |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court determined that this case would benefit from a settlement conference and referred the case to Magistrate Judge Michael J. Seng to conduct a settlement conference at California State Prison, Corcoran, on June 24, 2016.  (ECF No. 72.)  The case did not settle.  (ECF No. 75.)  The court will set a further telephonic settlement conference for September 16, 2016, at 10:00 a.m., before Magistrate Judge Michael J. Seng.

    In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a further settlement conference, by teleconference, before Magistrate Judge Michael J. Seng on September 16, 2016, at 10:00 a.m.  To access the teleconference line, each party is directed to dial (888) 204-5984 and enter access code 4446176.

2. The Clerk of the Court is directed to serve a copy of this order on the Litigation Coordinator at California State Prison, Corcoran, via facsimile at (559) 992-7372.

Dated: August 22, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/colb0382.med(b)