UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>    Plaintiff,<br><br>v.<br><br>D. LEININGER,<br><br>    Defendant. | No. 2:13-cv-0382 KJM KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the October 11, 2017, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 89) is granted; and

2. Plaintiff is granted up to and including November 21, 2017, in which to file objections to the findings and recommendations. Defendant's reply, if any, shall be filed within seven days thereafter.

Dated: October 31, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/colb0382.36