UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE K. COLBERT,

        Plaintiff,

   v.

D. LEININGER,

        Defendant.

No. 2:13-cv-0382 KJM KJN P

ORDER

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On October 11, 2017, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

       Plaintiff claims he provided "a written settlement agreement concerning lost or destroyed property Exhibits K L," but there are no exhibits marked "K" or "L" to either his August 21, 2017 motion or his November 27, 2017 objections, and none of the appended exhibits is a settlement agreement. (ECF No. 82, 91.) Rather, the exhibits appended to the motion are plaintiff's 2016 1099-MISC form and his 3/8/2017 Inmate Statement Report. (ECF No. 82 at 4-5.) The only

exhibit to his objections is the 8/29/2016 CLNRAC Inmate Statement. (ECF No. 91 at 5.) Neither party has provided a copy of the settlement agreement, which was not reached under the supervision of a judge. Reviewing all of the filings in connection herewith, it appears that the agreement was for a payment of $2500.00. Nevertheless, this court lacks jurisdiction to revisit the terms of the settlement agreement, as discussed in the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 11, 2017, are adopted in full; and
2. Plaintiff's motion (ECF No. 82) is denied.

DATED: March 20, 2018

_____
UNITED STATES DISTRICT JUDGE